IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theodes Works,  )<br>            )<br>      Petitioner,  )<br>            )<br>      v.     )<br>            )<br>Dora B. Schriro, et al.  )<br>            )<br>      Respondents.  )<br>_____) | CV 06-1912-PHX-PGR (DKD)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendations of Magistrate Judge Duncan, entered on June 1, 2007, and no party having filed any objection to the Report and Recommendation,[1]

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 12)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is DENIED and DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter judgment accordingly.

DATED this 22nd day of June, 2007.

---

[1] Although the copy of the Report and Recommendation mailed to the petitioner at his address of record was returned as undeliverable with "no forwarding address available," that does not prevent the Court from accepting and adopting the Report and Recommendation. See Carey v Lewis, 856 F.2d 1439, 1441 (9th Cir. 1988).

1 | DATED this 22nd day of June, 2007.

Paul G. Rosenblatt
United States District Judge

2